UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMINI JAMSCHID,<br><br>  Plaintiff,<br><br>  v.<br><br>EMIRATES AIRLINES,<br><br>  Defendant. | Case No. 1:25-cv-00066-KES-HBK<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(m) and Fed. R. Civ. P. 41(b)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE |

This matter comes before the Court upon periodic review of the file. Plaintiff filed his complaint on January 13, 2025. (Doc. No. 1). On March 21, 2025, the Clerk of Court issued summonses for Defendants. (Doc. No. 4). On June 18, 2025, the Court reset the mandatory Initial Scheduling Conference for this case to June 26, 2025, and directed the parties to file a Joint Scheduling Report no later than July 30, 2025. (Doc. No. 5). As of the date on this Order, no return of service on the summonses has been docketed, nor have the parties filed a Joint Scheduling Report. (*See generally* docket).

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90 days of filing the complaint. The time may be extended for good cause shown. If a defendant is not served within the requisite time, after notice to plaintiff, the court must dismiss the action without prejudice, or order that service be made within a certain time period. (*Id.*) (emphasis added). Because more than 90 days have passed and it does not appear any defendant has been

served a copy of the complaint and summons, Plaintiff is directed to show good cause why the defendants should not be dismissed under Rule 4 and/or this case dismissed for Plaintiff's failure to prosecute this action. *See also* Fed. R. Civ. P. 41(b).

Accordingly, it is **ORDERED**:

1. Within fourteen (14) days of the date on this Order, Plaintiff shall show good cause why the defendant should not be dismissed under Federal Rule of Civil Procedure 4(m) and/or this case dismissed under Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this action.

2. Failure to respond to this Order will result in the recommendation that this case be dismissed without prejudice without further notice pursuant to Local Rule 110, Federal Rule of Civil Procedure 4(m) and Rule 41(b).

3. The Clerk of Court is directed to vacate the August 7, 2025 mandatory Initial Scheduling Conference.

Dated:   July 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2